No. 95–983. GRIFFIN *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 95–985. ARVELO *v.* AMERICAN INTERNATIONAL INSURANCE CO. C. A. 1st Cir. Certiorari denied.

No. 95–986. HALE *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–987. GAREN *v.* BOARD OF BAR EXAMINERS OF NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 95–989. HEARTHSIDE BAKING CO., DBA MAURICE LENELL COOKING CO. *v.* BADER'S DUTCH BISCUIT CO., INC. C. A. 9th Cir. Certiorari denied.

No. 95–993. DANIELS, SALTZ, MONGELUZZI & BARRETT, LTD. *v.* NEWCOMB ET VIR. C. A. 3d Cir. Certiorari denied.

No. 95–994. TYSON FOODS, INC., ET AL. *v.* WLR FOODS, INC., ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–996. MALOT *v.* ROY F. WESTON, INC., ET AL. C. A. Fed. Cir. Certiorari denied.

No. 95–999. ALLUM *v.* BANK OF AMERICA CORP. ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–1005. MORATA *v.* UNITED STATES POSTAL SERVICE. C. A. 9th Cir. Certiorari denied.

No. 95–1006. HERZOG *v.* DAMRON. C. A. 9th Cir. Certiorari denied.

No. 95–1013. HUET-VAUGHN *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 95–1019. KNIGHTEN *v.* TODD ELECTRIC, INC., ET AL. Ct. App. La., 1st Cir. Certiorari denied.

No. 95–1021. STEWART *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.